```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SETH GERSZBERG and EGRHC, LLC,                               :
                                                             :
                                Plaintiffs,                  :
                                                             :
              -v-                                            :    17-cv-8421 (KBF)
                                                             :
ICONIX BRAND GROUP, INC., IP HOLDINGS                        :    ORDER
UNLTD., LLC, and NEIL COLE,                                  :
                                                             :
                                Defendants.                  :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 9, 2018

KATHERINE B. FORREST, District Judge:

The Court is in receipt of defendants' motion to dismiss. (ECF No. 16.) In support of this motion, defendants submitted the declaration of Simon Miller. (ECF No. 18 ("Miller Decl.").) Exhibit B to this declaration is the Operating Agreement. Exhibit E to the Operating Agreement is the MEE License Agreement, and it indicated as omitted from the Miller Declaration.

As it is incorporated by reference, the Court orders defendants to submit the MEE License Agreement to the Court **not later than March 13, 2018**.

SO ORDERED.

Dated:   New York, New York
         March 9, 2018

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge