UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SETH GERSZBERG and EGRHC, LLC,

                                 Plaintiffs,

                  -v-

ICONIX BRAND GROUP, INC., IP HOLDINGS
UNLTD., LLC, and NEIL COLE,

                                 Defendants.

------------------------------------------------------------ X

3TAC, LLC and WEST LOOP SOUTH, LLC,

                                 Plaintiffs,

                  -v-

ICONIX BRAND GROUP, INC., IP HOLDINGS
UNLTD., LLC, and NEIL COLE,

                                 Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2018

17-cv-8421 (KBF)
16-cv-8795 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

       Having reviewed the parties' proposed schedule, the Court has adopted it by a separate Order.  Discovery shall proceed accordingly.

       As the schedule in this case is now set, the **telephonic** status conference currently scheduled for Wednesday, May 30, 2018 at 11:00 a.m. is hereby adjourned

to **Thursday, July 12, 2018 at 11:00 a.m.**  Parties shall call Chambers (212-805-0276) from one line at that time.

SO ORDERED.

Dated:   New York, New York
        May 18, 2018

                                            KATHERINE B. FORREST
                                            United States District Judge