```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SETH GERSZBERG and EGRHC, LLC,                               :
                                                             :
                              Plaintiffs,                    :
                                                             :
            -v-                                              :      17-cv-8421 (KBF)
                                                             :
ICONIX BRAND GROUP, INC., IP HOLDINGS                        :           ORDER
UNLTD., LLC, and NEIL COLE,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 19, 2018

KATHERINE B. FORREST, District Judge:

On May 15, 2018, plaintiffs filed a motion for reconsideration of this Court's decision of May 7, 2018.  (See ECF Nos. 29, 31.)  Defendants filed their opposition on May 29, 2018.  (ECF No. 38.)  Under the Local Rules, plaintiffs' reply brief was due not later than June 5, 2018.  No such brief has been filed.  Accordingly, the Court considers this motion fully briefed.

SO ORDERED.

Dated:   New York, New York
         June 19, 2018

                                            _____
                                                  KATHERINE B. FORREST
                                                 United States District Judge