```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SETH GERSZBERG and EGRHC, LLC,                               :
                                                             :
                            Plaintiffs,                      :
                                                             :
            -v-                                              :      17-cv-8421 (KBF)
                                                             :
ICONIX BRAND GROUP, INC., IP HOLDINGS                        :      ORDER
UNLTD., LLC, and NEIL COLE,                                  :
                                                             :
                            Defendants.                      :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 9, 2018

KATHERINE B. FORREST, District Judge:

The **telephonic** status conference currently set for July 12, 2018 at 11:00 a.m. is hereby rescheduled to **2:00 p.m. that same day (07/12/2018)**. The parties shall call Chambers (212-805-0276) from one line at that time.

SO ORDERED.

Dated:   New York, New York
         July 9, 2018

                                        _____
                                              KATHERINE B. FORREST
                                              United States District Judge