UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SETH GERSZBERG and EGRHC, LLC,

                          Plaintiffs,

         -v-

ICONIX BRAND GROUP, INC., IP HOLDINGS
UNLTD., LLC, and NEIL COLE,

                     Defendants.

------------------------------------------------------------ X

3TAC, LLC and WEST LOOP SOUTH, LLC,

                          Plaintiffs,

         -v-

ICONIX BRAND GROUP, INC., IP HOLDINGS
UNLTD., LLC, and NEIL COLE,

                     Defendants.

------------------------------------------------------------ X

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: <u>August 15, 2018</u> |

17-cv-8421 (KBF)
16-cv-8795 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

      This Order concerns two related cases, Case Nos. 17-cv-8421 and 16-cv-8795,

which the Court has been managing together.  The **telephonic** status conference in

these cases currently scheduled for Tuesday, September 4, 2018, at 2:00 p.m. (<u>see</u>

Case No. 17-cv-08421, ECF No. 46) is hereby rescheduled to **Friday, October 19,**

**2018, at 11:00 a.m.**  The parties shall provide Chambers with a call-in number

ahead of the conference, unless the Court orders otherwise.

      SO ORDERED.

Dated:      New York, New York
            August 15, 2018

                                _____
                                   KATHERINE B. FORREST
                                 United States District Judge