UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SETH GERSZBERG et al.,

                           Plaintiffs,

    -against-

ICONIX BRAND GROUP, INC. et al.,

                         Defendants.

------------------------------------- x

ORDER

17 Civ. 8421 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       April 23, 2019

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge